**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:                                                                          Case No. 22−13166−PDR

**GENEREX BIOTECHNOLOGY CORP.,**

       **Debtor.**

_____/

**MARC P. BARMAT,**                                               Adv. Case No. 24-01271-PDR

       **Plaintiff,**
**vs.**

**MARK CORRAO,**

       **Defendant.**

_____/

## CERTIFICATE OF SERVICE

     I, David C. Cimo, Esq., certify that service of the Adversary Complaint to Avoid and Recover Avoidable Transfers and for Other Relief [D.E. 1], Summons in an Adversary Proceeding [D.E. 2], and the Order Setting Scheduling Conference and Establishing Procedures and Deadlines [D.E. 3] was made on May 9, 2024 by:

☑   Mail service: Regular, first class United State Mail, postage fully pre-paid, address to:

Mark Corrao
156 Marisa Circle
Staten Island, NY 10309

☐   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐   Residence Service: By leaving the process with the following adult at:

☐     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following office of the defendant at::

☐     Publication: The defendant was served as follows:  [Describe briefly]

☐     State Law: The defendant was served pursuant to the laws of the State of as follows: _____ [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less that 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing to be true and correct.

      May 9, 2024                        /s/ David C. Cimo, Esq.
         Date                                Signature

| **Print Name** | | |
| --- | --- | --- |
| David C. Cimo, Esq. | | |
| **Business Address** | | |
| CIMO MAZER MARK PLLC<br>255 ALHAMBRA CIRCLE<br>SUITE 1160 | | |
| **City**  CORAL GABLES | **State**  FL | **Zip**  33134 |