

**ORDERED in the Southern District of Florida on November 15, 2024.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

GENEREX BIOTECHNOLOGY CORP.,
Chapter 7

    Debtor.
_____/

Case No.: 22-13166-PDR

MARC P. BARMAT, Chapter 7 Trustee
for the estate of the Debtor, Generex
Biotechnology Corp.,

    Plaintiff,
v.

MARK CORRAO,

    Defendant.
_____/

Adv. Case No. 24-01271-PDR

### ORDER DISMISSING ADVERSARY PROCEEDING AS SETTLED

    The parties have settled this matter and the Court entered an Order Granting Trustee's

Motion to Compromise Controversy Between Trustee and Arizona Endocrinology Center PLLC;

Mark Corrao; NSABP Foundation, INC.; Shore Research and Development in the Main Case [ECF No. 317 in Case No. 22-13166-PDR]. Based on the settlement of this adversary proceeding, it is-

**ORDERED** as follows:

1. The adversary proceeding is hereby **DISMISSED**.

2. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement between the Trustee and Defendant.

### 

Submitted by:

Eyal Berger, Esq.
**AKERMAN LLP**
*Counsel for Trustee*
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Tel: 954-463-2700
Fax: 954-463-2224
eyal.berger@akerman.com

Attorney Berger is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.