

**ORDERED in the Southern District of Florida on November 19, 2024.**



Peter D. Russin, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | |
| | Case No.: 22-13166-PDR |
| GENEREX BIOTECHNOLOGY CORP., Chapter 7 | |
|     Debtor. | |
| _____/ | |
| MARC P. BARMAT, Chapter 7 Trustee for the estate of the Debtor, Generex Biotechnology Corp., | Adv. Case No. 24-01271-PDR |
|     Plaintiff, | |
| v. | |
| MARK CORRAO, | |
|     Defendant. | |
| _____/ | |

**AMENDED ORDER DISMISSING ADVERSARY PROCEEDING AS SETTLED**

The parties have settled this matter and the Court entered an Order Granting Trustee's Motion to Compromise Controversy Between Trustee and Arizona Endocrinology Center PLLC;

Mark Corrao; NSABP Foundation, INC.; Shore Research and Development in the Main Case [ECF No. 317 in Case No. 22-13166-PDR]. Based on the settlement of this adversary proceeding, it is-

**ORDERED** as follows:

1. The adversary proceeding is hereby **DISMISSED WITH PREJUDICE**.

2. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement between the Trustee and Defendant.

###

Submitted by:

Eyal Berger, Esq.
**AKERMAN LLP**
*Counsel for Trustee*
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Tel: 954-463-2700
Fax: 954-463-2224
eyal.berger@akerman.com

Attorney Berger is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.